June 9, 2015

Honorable Court of Criminal Appeals, 04,845-02

I, Daniel Lee Ainsworth, TDCJ#00615301, filed a Petition for Writ of Mandamus Pro-se with your court requesting a Mandamus ording the 320TH District Court To grant me a hearing on an Application for Writ of Habeas Corpus I filed on or about Mar. 13, 2015. I would like To know The Status of my Petition and my papers returned if possible.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

Rospectfully Submitted

Daniel Lee Ainsworth
Daniel Lee Ainsworth
# D0615301
John Middleton Unit
13055 F.M. 3522
Abilene, Texas
          79601